# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00551-CV

**Scott Schroeder, Appellant**

**v.**

**Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-14-001588, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court stayed this appeal in 2014 after receiving notice of a related bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. After the stay, no party to this appeal sought reinstatement. *See id.* R. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed and, therefore, have reinstated the appeal.

On June 26, 2020, the Clerk of this Court sent notice to the parties that this appeal would be dismissed for want of prosecution unless a status report was filed on or before July 6, 2020, that provided reason to retain these appeals. *See id.* R. 42.3(b). The Court received responses from both appellant's and appellee's attorneys. Appellant informed us that he did not intend to pursue the appeal, and appellee likewise advised us that the appeal should be dismissed. Accordingly, we dismiss the appeal for want of prosecution.

_____

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed for Want of Prosecution

Filed:   September 23, 2020